IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
Case No.: 8:13-cv-00525-EAK-MAP

EQUAL EMPLOYMENT :
OPPORTUNITY COMMISSION, :
:
        Plaintiff, :
:
v. :
:
EAST COAST WAFFLES, INC., :
:
        Defendant. :
:
_____ :

## SETTLEMENT AGREEMENT AND AGREED ORDER

This Settlement Agreement and Agreed Order ("Agreement") is made and entered into by and between Plaintiff Equal Employment Opportunity Commission ("EEOC"), and Defendant East Coast Waffles, Inc. ("East Coast Waffles"). EEOC and East Coast Waffles are collectively referred to as the "Parties" throughout this Agreement.

## INTRODUCTION

1.     EEOC filed this action on February 26, 2013, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et. seq.*, ("Title VII") to correct alleged unlawful employment practices on the basis of retaliation and to pursue appropriate relief to Charging Party Ronald Roberts ("Charging Party").

2.     In its Complaint, EEOC alleges that East Coast Waffles violated Title VII by terminating Charging Party's employment in retaliation for complaining about racial harassment from customers. East Coast Waffles denies all of the allegations in the Complaint and further denies

any wrongdoing or liability in this matter, and maintains that it has fully complied with, and continues to comply with, all anti-discrimination laws, including Title VII. This Agreement does not constitute a finding of liability or wrongdoing on the part of East Coast Waffles. East Coast Waffles is entering into this Agreement solely for the purpose of avoiding the expense, inconvenience, and uncertainty of further investigation and litigation.

3. In the interest of resolving this matter, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Agreement. This Agreement is final and binding on the Parties, their successors, and assigns.

4. Nothing in this Agreement shall be deemed to create any rights on the part of non-parties hereto to enforce this Agreement. The right to seek enforcement of this Agreement is vested exclusively in the Parties.

5. No waiver, modification or amendment of any provision of this Agreement will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Agreement may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Agreement.

6. If one or more of the provisions are rendered unlawful or unenforceable, the parties shall make good faith efforts to agree upon appropriate amendments to this Agreement in order to effectuate the purposes of the Agreement. In any event, the remaining provisions will remain in full force and effect unless the purposes of the Agreement cannot, despite the Parties' best efforts, be achieved.

7. This Agreement fully and finally resolves any and all issues and claims asserted in the Complaint filed by EEOC in this action. No party admits the claims or defenses of the other.

8. The Parties acknowledge that this Agreement does not resolve any Charges of Discrimination that may be pending with EEOC against East Coast Waffles, other than EEOC Charge No. 511-2009-02085 filed by the Charging Party.

### FINDINGS

9. Having carefully examined the terms and provisions of this Agreement, and based on the pleadings, record, and stipulations of the parties, the Court finds the following:

   a. This Court has jurisdiction over the subject matter of this action and the Parties, and will retain jurisdiction during the duration of this Agreement.

   b. No party shall contest the jurisdiction of this Federal Court to enforce this Agreement and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Agreement.

   c. The terms of this Agreement are adequate, fair, reasonable, equitable, and just. The rights of the Charging Party and the public interest are adequately protected by this Agreement.

   d. This Agreement conforms to the Federal Rules of Civil Procedure and Title VII and is not in derogation of the rights or privileges of any person. The entry of this Agreement will further the objectives of Title VII and will be in the best interests of Charging Party, East Coast Waffles, EEOC and the public.

   e. The terms of this Agreement are and shall be binding upon the present and future representatives, agents, directors, officers, successors and assigns of East Coast Waffles.

**IT IS THEREFORE ORDERED, ADJUDGED AND AGREED AS FOLLOWS:**

## GENERAL INJUNCTIVE PROVISIONS

10. East Coast Waffles shall continue taking all necessary steps to prevent its employees, including management and supervisory employees, from discriminating or retaliating against any employee, including Charging Party, because of opposition to any practice based on race and made unlawful under Title VII of the Civil Rights Act of 1964 or because of the filing of a charge, the giving of testimony or assistance, or assisting and/or participating in any manner in any investigation, proceeding, or lawsuit as a result of an employment practice in violation of Title VII.

## MONETARY RELIEF FOR CHARGING PARTY

11. East Coast Waffles shall pay Charging Party the total sum of **$25,000.00** in settlement of the claims raised in this action as follows:

| Back Pay<br>[for which an IRS Form W-2 shall issue] | Compensatory and Punitive Damages<br>[for which an IRS Form 1099 shall issue] |
|---|---|
| $5,000<br><br>[less applicable withholding] | $20,000 |

Payment shall be made within ten (10) calendar days following the Court's approval of this Agreement. Payment shall be made payable to Ronald Roberts and shall be delivered, via certified mail, to: Ronald Roberts, c/o Gregory McClinton, U.S. EEOC, Tampa Field Office 501 E. Polk Street, 10th Floor, Tampa, FL 33602. Copies of the payments and related documents (including copies of I.R.S. forms) shall be sent contemporaneously with checks, forms and/or other communications sent to the Charging Party to the attention of Robert E.

Weisberg, Regional Attorney, RE: East Coast Waffles Agreement, Equal Employment Opportunity Commission, Miami Tower, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131.

12. If Charging Party fails to timely receive the payments described in Paragraph 10 above, then East Coast Waffles shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay, including but not limited to any and all costs arising out of EEOC's efforts to enforce this Agreement in federal court.

### NEUTRAL JOB REFERENCE

13. East Coast Waffles agrees to provide Charging Party with a neutral letter of reference in the form of the letter attached hereto as Exhibit A. In addition, if East Coast Waffles receives any inquiries regarding the employment of Charging Party at its corporate office in Norcross, Georgia, in lieu of an oral response, East Coast Waffles shall provide a copy of the appropriate aforementioned letter. No mention of the charge of discrimination or this lawsuit shall be made as part of any reference. East Coast Waffles also agrees to notify and instruct each of its managers with responsibility over Unit 567 that if any such manager receives an inquiry regarding the employment of Charging Party, that such manager should refer such inquiry to the corporate office of East Coast Waffles and make no further statement.

### ANTI-HARASSMENT AND
### NON-DISCRIMINATION POLICY SUMMARY

14. East Coast Waffles agrees to post its Anti-Harassment, Non-Discrimination, and Non-Retaliation Policies (collectively, "the Policy") at each of the seven East Coast Waffles' restaurants located within Hillsborough County, Florida within ten (10) calendar days after approval of this Agreement by the Court. The copy of the Policy shall be posted in a conspicuous location, easily accessible to and commonly frequented by employees of the

Restaurant (i.e. employee bulletin board or lunch room), and shall be printed in a font that is easily legible (at least 11 point font). The Policy shall remain posted for two (2) years from the date of entry of this Agreement. In addition, East Coast Waffles will continue to review the Policy with all future employees during new employee orientation. A copy of the Policy is attached hereto as Exhibit B.

15. East Coast Waffles will commence all investigations of discrimination or retaliation complaints within five (5) business days of receiving notice of the complaint, and will complete each investigation as soon as reasonably possible. Further, East Coast Waffles will treat such complaints confidentially, to the extent reasonably possible and to the extent in compliance with applicable laws and regulations, while conducting a thorough investigation which includes but is not limited to interviewing witnesses, reviewing surveillance and retaining proper evidence.

16. The Policy will be included in any relevant policy or employee manuals kept by East Coast Waffles's business within sixty (60) calendar days after entry of this Agreement.

17. East Coast Waffles shall maintain records demonstrating that each new employee was exposed to and reviewed a written version of the Policy during new employee orientation.

18. Consistent with the Policy, East Coast Waffles shall continue to prohibit the use of racial slurs in the workplace. If a manager or associate uses a racial slur such as the "n" word in the workplace, that person shall be terminated, absent extraordinary circumstances. If a customer directs a racial slur at a manager, associate, or another customer in the workplace, such customer shall be asked to leave the workplace and not to return.

### TRAINING

19. East Coast Waffles shall provide its managers, recruitment personnel, human resources personnel, and investigators that work in any of the seven East Coast Waffles' restaurants

located within Hillsborough County, Florida with two (2) hours of live training each year during the term of this Agreement (the "Management Training"). The first Management Training shall take place within ninety (90) calendar days of the Court's approval of this Agreement and shall include the following: (1) an explanation of the prohibition against retaliation under Title VII of the Civil Rights Act of 1964; (2) an explanation of the rights and responsibilities of managers, supervisors, and employees under Title VII and East Coast Waffles's Policy; and (3) guidance on complaint procedures, investigative procedures, corrective action, and the need for confidentiality of investigations (to the extent possible, and to the extent in compliance with applicable laws and regulations). The remainder of the Management Trainings shall take place annually and no later than October 30th of each year throughout the duration of the Agreement.

20. Within ninety (90) days of the Court's approval of this Agreement, East Coast Waffles shall provide its hourly employees that work in any of the seven East Coast Waffles' restaurants located within Hillsborough County, Florida with informational materials regarding the following: (1) an explanation of an employee's rights under Title VII of the Civil Rights Act of 1964, including the prohibition against retaliation; and (2) guidance on how to report complaints of harassment, discrimination, and/or retaliation (the "Employee Training"). The informational materials, including any pamphlets, brochures, outlines or other written materials, shall be provided to EEOC within sixty (60) calendar days of the Court's approval of this Agreement. In addition, during the term of the Agreement, the informational materials will be provided to each new hourly employee at any of the seven East Coast Waffles' restaurants located within Hillsborough County, Florida during the employee's first five (5) days of employment.

21. The Management Trainings shall be conducted by an in-house attorney(s) from East Coast Waffles. East Coast Waffles agrees to provide EEOC with at least three (3) weeks' notice

before conducting the Management Trainings pursuant to this Agreement. In the written notice, East Coast Waffles shall notify EEOC of the date(s) on which Management Training is scheduled, the name and job title of the person(s) who will conduct the training, provide a resume of the person conducting the training, and the name and job title of each person who will attend the training.

22. At least two (2) weeks before conducting Management Trainings pursuant to this Agreement, East Coast Waffles agrees to provide EEOC with any and all copies of pamphlets, brochures, outlines or other written materials that will be used as part of the training session. Additionally, East Coast Waffles agrees that the EEOC may, at the EEOC's discretion, attend the training sessions.

## POSTING OF NOTICE

23. Within ten (10) calendar days from the Court's approval of this Agreement, East Coast Waffles shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit C to this Agreement at each of the seven East Coast Waffles' restaurants located within Hillsborough County, Florida in a conspicuous location, easily accessible to and commonly frequented by employees of the Restaurant (*i.e.* employee bulletin board or lunch room). The Notice will be posted alongside a copy of the Policy (as set forth above). Both the Notice and the Policy shall remain posted for two (2) years from the date of entry of this Agreement. East Coast Waffles shall take all reasonable steps to ensure that the Notice and Policy are not altered, defaced or covered by any other material. Within fifteen (15) calendar days from the Court's approval of this Agreement, East Coast Waffles shall certify to EEOC in writing that the Notice and the Policy have been properly posted as described in this paragraph and above.

## REPORTING

24. East Coast Waffles shall furnish to EEOC a written Report six (6) months after entry of the Agreement, and every six (6) months thereafter, during the term of this Agreement. The Report shall contain:

    i. A certification that the Notice and the Policy remained posted during the previous six (6) month period as set forth in this Agreement.

    ii. A certification that the training and record-keeping provisions of this Agreement took place and have been followed as set forth in this Agreement.

## COMPLIANCE

25. The EEOC may review compliance with this Agreement at any time during its duration.

26. If at anytime during the term of this Agreement, the EEOC suspects that East Coast Waffles is in violation of the Agreement, the EEOC shall have a right to conduct an inspection at any of the seven East Coast Waffles' restaurants located within Hillsborough County, Florida. The EEOC must provide East Coast Waffles with three (3) business days notice of its intent to conduct an inspection by notifying Valencia Porter and Jon Waller of the upcoming inspection via electronic mail at Valenciaporter@wafflehouse.com and at jonwaller@wafflehouse.com, respectively. After the inspection, the EEOC shall give notice of any alleged violation(s) to East Coast Waffles. Thereafter, the parties shall follow the Dispute Resolution Procedure set forth below.

27. For purposes of determining and/or monitoring East Coast Waffles's compliance with this Agreement, East Coast Waffles will make its employees available to EEOC for interviews to the extent possible. If an employee is not willing to speak with EEOC, East Coast Waffles will not object to a subpoena of such employee.

28. Any submissions, reports, certifications, notices, or other materials that are required to be submitted to EEOC shall be mailed to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: East Coast Waffles Settlement," at United States Equal Employment Opportunity Commission, 100 SE 2nd Street, Suite 1500, Miami, FL 33131.

## NOTIFICATION OF SUCCESSORS

29. East Coast Waffles shall provide prior written notice to any potential purchaser of its business, or a purchaser of all or a portion of East Coast Waffles's assets, and to any other potential successor, of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of the Agreement.

## DURATION OF THE AGREEMENT

30. The duration of the Agreement shall be in effect for a period of two (2) years, which period commences immediately following the Court's approval of the Agreement.

## DISPUTE RESOLUTION

31. In the event that EEOC believes that East Coast Waffles has failed to comply with any provision(s) of the Agreement, EEOC will notify East Coast Waffles and East Coast Waffles must make a good faith attempt to cure any breach of the Agreement within fifteen (15) business days of notification. The fifteen (15) business days to cure provision of this Paragraph shall not apply, however, to the payment required by Paragraph 11 above.

32. Following the fifteen (15) business day cure period, and consistent with Title VII, EEOC shall have the right to enforce the Agreement and/or remedy any breach in this Court.

33. No party shall contest the Court's jurisdiction to hear a dispute arising from the Agreement nor challenge EEOC's ability to bring an action to enforce the terms of the Agreement in this Court.

CASE NO. 8:13-CV-525-T-17 MAP

## COSTS

34. Each party to this Agreement shall bear its own costs associated with this litigation.

35. East Coast Waffles shall bear all costs incurred by the EEOC caused by non-compliance with this Agreement, including but not limited to any and all costs arising out of EEOC's efforts to enforce this Agreement and/or remedy any breach in this Court, provided the EEOC prevails in its enforcement efforts.

SO ORDERED, ADJUDGED AND AGREED, this 20th day of MARCH, 2013.

UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AGREED TO:

FOR THE PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: _____     Date: 2/27/13
Robert E. Weisberg
U.S. Equal Employment Opportunity Commission
Miami District Office
2 South Biscayne Blvd., Suite 2700
Miami, Florida 33131
Telephone: (305) 808-1789
Facsimile: (305) 808-1835


FOR THE DEFENDANT, EAST COAST WAFFLES, INC.

By: _____     Date: 2/11/13
Jonathan Waller
Print Name
Vice President
Title

## EXHIBIT A

## REFERENCE

Dear _____,

This letter is in reference to your request for information regarding the employment of Ronald Roberts. Ronald Roberts worked as a grill operator for Northlake Foods, Inc. from August 28, 2009, until February 4, 2009. On February 4, 2009, East Coast Waffles, Inc. acquired the assets of Northlake Foods Inc. and began operating the former Northlake Foods' restaurants. Ronald Roberts continued working for East Coast Waffles, Inc. until May 23, 2009.

Company policy does not permit us to provide any additional information concerning Ronald Roberts's employment, but I am sure he can provide you with the details concerning his responsibilities at East Coast Waffles, Inc.

I hope this information is helpful and that it satisfactorily answers your inquiry.

Very truly yours,

_____
[Title of Human Resources Personnel]
on behalf of East Coast Waffles, Inc.

# EXHIBIT B

## WRITTEN COPY OF EAST COAST WAFFLES'S POLICY

## ANTI-HARASSMENT POLICY SUMMARY (INCLUDING SEXUAL HARASSMENT)

The Company's goal is to provide a workplace free of harassment, including harassment based on race, color, religion, age, gender, pregnancy, national origin, disability, or any other basis protected by state or federal law. The Company will not tolerate harassment of Associates by managers, supervisors or co-workers or harassment by Associates of its customers or vendors. The Company will also attempt to protect its Associates from harassment by its customers or vendors in the workplace.

### PROHIBITED CONDUCT CAN BE VERBAL, PHYSICAL OR WRITTEN AND INCLUDES:

**Unwelcome physical or verbal advances, including requests for sex.**
This includes unwelcome flirtations, patting, pinching, brushing up against, hugging, cornering, kissing, fondling, putting one's arm around another or any other similar physical contact considered unwelcome by another person.

**Unwelcome requests or demands for favors, including sex.**
This includes unwelcome propositions, suggestions or requests for any type of favor, including sexual favors or dates, whether or not they are tied to offers of special treatment at work such as better hours, job assignments or promotions or threat of negative action against an Associate.

**Verbal abuse, jokes or comments containing slurs, unwelcome sexual comments, negative stereotypes or other offensive comments.**
This includes jokes, whistling, crude or offensive comments about national origin, race, sex, gender, color, religion, age, pregnancy, disability or marital status that are unwelcome and considered offensive or comments about an Associate's body or appearance, where such comments go beyond mere courtesy and especially where such comments are made on a frequent or regular basis.

**Offensive conduct or visual displays.**
This includes leering gestures, pranks, displaying of objects, pictures, cartoons, letters, graffiti, notes or posters that are obscene or sexually suggestive, racially derogatory or the like.

## NON-DISCRIMINATION POLICY SUMMARY:

It is the Company's policy not to discriminate against any Associate or any Customer on the basis of race, color, national origin, gender, pregnancy, disability, religion, military status or any other illegal basis.

### EMPLOYMENT DISCRIMINATION SUMMARY

Unlawful discrimination occurs in the workplace when an Associate is treated differently or unfairly because of race, color, religion, age, gender, national origin, pregnancy, disability or military status. Discrimination also includes showing favoritism to an Associate because of race, color, religion, age, gender, national origin or lack of disability. Employment discrimination includes failing or refusing to hire an individual, firing an Associate, or otherwise treating an individual differently with respect to pay, hours of work, schedule, job tasks, promotion, discipline, attendance or any other part of the job because of an individual's race, color, religion, age, gender, national origin, pregnancy, disability or military status.

### CUSTOMER DISCRIMINATION, FAIR AND EQUAL TREATMENT

The Company's goal is to provide great customer service and fair and equal treatment and service to all its customers. The following guidelines apply:
- Treat all customers with respect and dignity. Speak with customers in a professional manner at all times. Never use racial slurs, make sexual comments, swear, use vulgar language, tell racist or other offensive jokes or make degrading comments about anyone's race, color, national origin, disability, religion or the like.
- Never refuse to provide service to or provide bad service to any customer because you guess or believe the customer to be a low tipper. Provide consistent, fast, good service to everyone.
- Give the same friendly greeting to all customers when they enter a Waffle House restaurant and have a friendly and positive attitude with all customers.

Case Management Policy\Guideline Reminder 9-14-06

- Try to accommodate everyone's seating and smoking preferences. Otherwise, try to wait on customers in the order they entered the restaurant.
- Do not make a customer wait for service while you perform tasks that can be completed later—such as socializing with other Associates, customers or talking on the telephone.
- If a single customer is occupying a booth and you need the booth for a larger party, professionally and politely explain the situation to the single customer and ask that the customer move from the booth to the high/low counter. Never demand or force a customer to move from a booth to a counter.
- Never ask a customer to pre-pay for a <u>dine-in</u> meal. To-Go orders must be paid for when ordered.
- Never add a tip or service charge to any dine-in customer's guest check.
- Never refuse to take a To-Go order from a customer that is in the restaurant.

<u>TAKING ANY OF THE FOLLOWING ACTIONS ON THE BASIS OF A CUSTOMER'S RACE, COLOR, NATIONAL ORIGIN, DISABILITY OR RELIGION IS PROHIBITED:</u>

- Refusing to provide service, or providing lesser service, to that customer
- Requiring pre-payment from that customer for a <u>dine-in</u> meal
- Seating that customer out-of-turn, refusing to seat, or requiring that customer to wait longer to be seated
- Refusing to take an order from, or requiring that customer to wait longer to place an order
- Serving improperly cooked food or food unfit to eat, to that customer
- Making slurs or derogatory or improper comments about that customer
- Threatening or causing the removal of that customer from a restaurant

<u>REPORTING:</u>
<u>ASSOCIATES AND MANAGERS MUST IMMEDIATELY REPORT SUSPECTED VIOLATIONS OF THESE POLICIES OR GUIDELINES BY CALLING THE ASSOCIATE HOTLINE OR THE LEGAL DEPARTMENT AT 770-729-5700 OR BY SENDING A WRITTEN STATEMENT TO THE LEGAL DEPARTMENT. ANY MANAGER WHO SEES OR HEARS ABOUT A SUSPECTED INCIDENT OF HARASSMENT OR DISCRIMINATION AND FAILS TO REPORT THAT INCIDENT IS SUBJECT TO IMMEDIATE TERMINATION.</u>

<u>RETALIATION PROHIBITED</u>
Any manager, supervisor or other Associate who retaliates against an Associate who reports an alleged violation of these policies will be subject to immediate termination or other discipline. Retaliation occurs when an Associate reports discrimination or harassment; complains about a workplace policy, rule or condition; or voices any complaint, and solely as a result of the honest reporting of such report or complaint, the Associate is subjected to a negative employment action, which may include termination, demotion, reduced hours, denial of a transfer, a leave of absence, a promotion or the like.

<u>Violations of This Policy</u>
*The Company takes matters of harassment and discrimination very seriously. Upon completion of an investigation, the Company will take appropriate corrective action. Any Associate found to have violated any of these policies or guidelines may be subject to immediate termination of employment or other discipline.*

Case Management Policy\Guideline Reminder 9-14-06

## EXHIBIT C

## NOTICE TO ALL EMPLOYEES

This Notice is being posted pursuant to a Settlement Agreement and Agreed Order entered by the U.S. District Court in <u>EEOC v. East Coast Waffles, Inc.</u>, Case No.: _____. In this case, the EEOC alleged that East Coast Waffles retaliated against an employee by terminating his employment after he reported customer racial harassment to the Associate Hotline. East Coast Waffles denies all of the allegations in the Complaint and further denies any wrongdoing or liability in this matter, and maintains that it has fully complied with, and continues to comply with, all anti-discrimination laws, including Title VII. EEOC and East Coast Waffles resolved the litigation through a settlement, whereby neither party admitted the claims or defenses of the other, and East Coast Waffles agreed to pay compensation to its former employee.

East Coast Waffles will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws, including, but not limited to, retaliation. It is the policy of East Coast Waffles to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, or disability. There will be no intentional discrimination or retaliation in violation of the provisions of Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act (ADEA), the Equal Pay Act (EPA) of 1963, the Americans with Disabilities Act (ADA), as amended, or the Genetic Information Non-Discrimination Act (GINA).

East Coast Waffles assures its employees that it supports Title VII and will not take any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with EEOC. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated East Coast Waffles's policy prohibiting retaliation.

EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, and age. If you believe you have been discriminated against, you may contact EEOC at (305) 808-1740, and East Coast Waffles also urges you to call the Associate Hotline at (800) 818-6943. EEOC charges no fees and has employees who speak languages other than English

This Notice must remain posted for two (2) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice may be directed to: East Coast Waffles Settlement, c/o Regional Attorney Robert E. Weisberg, EEOC, 100 SE 2nd Street, Suite 1500, Miami, FL 33131.

Date: _____